UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA A. BONTON | CIVIL ACTION |
| VERSUS | |
| LOUISIANA DEPARTMENT OF LABOR, LOUISIANA WORKFORCE COMMISSION | NO. 18-192-JWD-RLB |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 5, 2018, to which no opposition was filed;

**IT IS ORDERED** that the plaintiff's complaint is dismissed without prejudice pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 41(b)(1)(A) for failure to serve and failure to prosecute.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 20, 2018.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**